**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01126-CV

### CITY OF RICHARDSON, Appellant

### V.

### RUSSELL J. BOWMAN, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-00289**

## ORDER

Before the Court are "Appellee's Motion for Leave to File Letter Brief" and "Appellant's Unopposed Emergency Motion for Postponement and Resetting of Oral Argument." The motions are **DENIED**.

/s/ ELIZABETH LANG-MIERS
JUSTICE